IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>          Plaintiffs,         )<br>                              )<br>     vs.                      )<br>                              )<br> JUAN JOSE GOMEZ,             )<br>                              )<br>                              )<br>          Defendant.          )<br>_____) | No. CR-F-00-5232-AWI<br><br>ORDER EXONERATING BOND |

The case against the above-named defendant having been concluded, and if required the defendant has surrendered as ordered by the court, the following is ordered:

( ) The defendant's passport is ordered returned:

(X ) The property bond posted is exonerated and reconveyed:

( ) The cash bond posted is exonerated and the money returned to
    the surety.

IT IS SO ORDERED.

**Dated:   March 10, 2006**                     **/s/ Anthony W. Ishii**
0m8i78                                     UNITED STATES DISTRICT JUDGE

9/26/96 exonbnd.frm

1